JAMES McKEEN et al., as Executors, etc., Appellants, *v.* JAMES D. FISH et al., as Receivers, etc., Respondents.

(Argued February 9, 1885 ; decided March 3, 1885.)

*33 Hun 28 affirmed*

*James McKeen* for appellants.

*George W. Wingate* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.